IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**STEVEN ROBINSON**                                                                                                     **PLAINTIFF**

**v.**                             **Case No. 5:18-cv-00110-KGB**

**JIM CHEEK, Area 8 Manager,
Arkansas Community Correction,** *et al***.**                                              **DEFENDANTS**

## **JUDGMENT**

Pursuant to the Order entered on this date, it is considered, ordered, and adjudged that plaintiff Steven Robinson's complaint is dismissed without prejudice. The relief sought is denied. Dismissal of this action counts as a "strike" within the meaning of 28 U.S.C. § 1915(g), and the Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal taken from the Order and Judgment dismissing this action is considered frivolous and not in good faith.

So adjudged this 4th day of February, 2019.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge